

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00006-CV

SHAUN COWGELL                                                                 APPELLANT

V.

BARNETT ENVIRONMENTAL                                              APPELLEE
MANAGEMENT SERVICES, LLC,
D.J. PULLING, PC, CRESSON SWD
SERVICES, LP, AND DAVID
PULLING

------------

## FROM THE 415TH DISTRICT COURT OF PARKER COUNTY

------------

## **MEMORANDUM OPINION[1] AND JUDGMENT**

------------

Appellant filed a timely notice of appeal from the trial court's October 15,

2013, "Order Granting Plaintiff's Notice of Nonsuit Without Prejudice."  The trial

---

[1]*See* Tex. R. App. P. 47.4.

court subsequently granted appellant's motion for new trial on January 16, 2014, while it still had plenary jurisdiction over the case. *See* Tex. R. Civ. P. 329b(e).

On February 4, 2014, we informed the parties that it appeared the trial court's granting of the motion for new trial rendered this appeal moot and that the appeal would be dismissed as moot unless, on or before February 14, 2014, any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. Neither party filed a response.

Therefore, on this court's own motion, we dismiss the appeal as moot. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  February 27, 2014

2